# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

TAMMY J. SMITH, :

                Plaintiff,

    -vs-

MICHAEL J. ASTRUE,
COMMISSIONER OF
SOCIAL SECURITY,
                Defendant. :

Case No. 3:08-cv-062

District Judge Thomas M. Rose
Magistrate Judge Michael R. Merz

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. No. 12), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on January 5, 2009, hereby ADOPTS said Report and Recommendations.

It is therefore ORDERED that the Commissioner's decision that Plaintiff was not disabled and therefore not entitled to benefits under the Act be, and it hereby is, affirmed.

January 7, 2009.

                                          *S/THOMAS M. ROSE
                                          Thomas M. Rose
                                          United States District Judge